**Shalev Amar (022332)**
samar@amarlawgrp.com
**Amar Law Group, PLLC**
**40 W. Baseline Road, Suite 208**
**Tempe, AZ 85283**
**(480) 237-2744**
**(866) 226-1333 (facsimile)**
*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **John Evans and Sandra Baker,** | Case No.: 4:19-CV-00066-RCC |
| Plaintiffs, | **VOLUNTARY DISMISSAL WITH PREJUDICE** |
| vs. | |
| **Keystone RV Company, Inc. and Lazydays RV SuperCenter, Inc.,** | |
| Defendants. | |

Plaintiffs John Evans and Sandra Baker through counsel undersigned, hereby dismiss the above-entitled matter against Defendants Keystone RV Company, Inc. and Lazydays RV Super Center, Inc. with prejudice.

DATED this 8th day of August, 2019.

By: */s/Shalev Amar*
Shalev Amar
Amar Law Group, PLLC
40 W. Baseline Road, Suite 208
Tempe, AZ 85283
Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

     I hereby certify that on August 9, 2019, I electronically transmitted the above Voluntary Dismissal to the Clerk's Office using the ECF system for filing and emailed the same as well to:

Kerry M. Griggs
The Cavanagh Law Firm
1850 N. Central Ave. Suite 2400
Phoenix, AZ 8500
KGriggs@CavanaghLaw.com

                                              By: /s/*Shalev Amar*
                                                  Shalev Amar