IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John Evans, et al.,<br><br>            Plaintiffs,<br><br>v.<br><br>Keystone RV Company Incorporated, et al.,<br><br>            Defendants. | No. CV-19-00066-TUC-RCC<br><br>**ORDER** |

The Court having received Plaintiffs' Voluntary Dismissal and good cause appearing, **IT IS ORDERED** that the above-captioned matter is **DISMISSED WITH PREJUDICE**. Each party will bear its own costs and attorneys' fees.

Dated this 15th day of August, 2019.

_____

Honorable Raner C. Collins
Senior United States District Judge